# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTHONY D. FORSTER ) | |
| ) | |
| Petitioner, ) | |
| v. ) | Civil No. 3:06-0688 |
| ) | Judge Trauger |
| HENRY STEWARD, Warden ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

Pursuant to the Respondent's notice of compliance with February 25, 2010 order (Docket No. 110), it is hereby ORDERED that the clerk shall close this file.

It is so **ORDERED.**

Enter this 7th day of May 2010.

_____
ALETA A. TRAUGER
United States District Judge